

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00201-CV

| | | |
|---|---|---|
| TONYA GAYLE HARKINS, Appellant | § | On Appeal from County Court at Law |
| v. | § | of Hood County (C08035) |
| WAL-MART STORES TEXAS, LLC, D/B/A WAL-MART STORES TEXAS 2007, LLC, WAL-MART SUPER CENTER, AND WAL-MART, Appellees | § | June 23, 2022 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's take-nothing no-evidence summary judgment regarding Appellant Tonya Gayle Harkins' claim of liability against Appellees Wal-Mart Stores Texas, LLC, d/b/a Wal-Mart Stores Texas 2007, LLC, Wal-Mart Super Center, and

Wal-Mart for negligent activity. We reverse the remainder of the trial court's summary judgment and remand this case to the trial court for further proceedings.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach